Bethany Lukitsch (SBN 314376)
blukitsch@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

Kimberly S. Morris (SBN 249933)
kmorris@bakerlaw.com
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659-2600 tel
(415) 659-2601 fax

*Attorneys for Defendants*
NATIONWIDE MUTUAL INSURANCE COMPANY, AMCO INSURANCE COMPANY, and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL THOMAS and ANDREW THOMAS; ANTHONY THOMPSON; STACEY JURA; DAVID MAK; FRANCISCO QUINTERO; SERVANDO SAUCEDA; BARBARA CLARK; AMELIA SEPULVEDA; JOHNNY JOHNSON; GUADALUPE VALDEZ; DANIEL OCAMPO, *Plaintiffs*, v. NATIONWIDE MUTUAL INSURANCE COMPANY; AMCO INSURANCE COMPANY; and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AND DOES 1 to 100, *Defendants*. | Case No.: 1:22-cv-01525-AWI-BAM **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT NATIONWIDE TO RESPOND TO FIRST AMENDED COMPLAINT TO CORRESPOND WITH NEWLY ADDED DEFENDANTS** Action Removed:          11/23/2022 Current Response Date: 01/27/2023 New Response Date:     03/13/2023 |

(PROPOSED) ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

# ORDER

The Court having considered the Stipulation to Extend Time for Defendant Nationwide Mutual Insurance Company to Respond to the Complaint in this matter entered into between Plaintiffs and Defendant, and for good cause appearing, **IT IS HEREBY ORDERED** that Defendant Nationwide Mutual Insurance Company's time to respond to Plaintiffs' Complaint is extended to and including March 13, 2023.

IT IS SO ORDERED.

Dated:  January 30, 2023                                          /s/ signature

SENIOR DISTRICT JUDGE