UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETHEL THOMAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01525-ADA-BAM<br><br>**ORDER REGARDING JOINT STIPULATION AND REQUEST TO ADJOURN RULE 16 SCHEDULING CONFERENCE *SINE DIE***<br><br>(Doc. 26) |

On October 4, 2023, the parties filed a stipulation and agreement, based on the pending motion to dismiss (Doc. 18), that the Scheduling Conference currently set for October 24, 2023, be adjourned *sine die* and re-set in the future to a date no earlier than fourteen (14) days following the Court's issuance of a decision on the motion to dismiss. (Doc. 26.)

Having considered the parties' request, and due to the current status of this case, the SCHEDULING CONFERENCE currently set for October 24, 2023, is HEREBY CONTINUED to **February 28, 2024, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference. If necessary and appropriate, the parties may request adjustment (*e.g.*, advancement or continuance) of the Scheduling Conference date based on resolution of the pending motion to dismiss. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be

provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: __October 10, 2023__        /s/ *Barbara A. McAuliffe*_
                                    UNITED STATES MAGISTRATE JUDGE